**IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs | ) | **Case No. 3:13PO113** |
| DEERING, Kristy | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named was placed on probation on November 20, 2013 for a period of two
(2) years. Based on the recommendation of the U.S. Probation Officer and for good
cause shown it is hereby ordered that the defendant is discharged from probation and
that the proceedings in the case be terminated.

Dated this 9th day of June, 2015

The Honorable Sharon L. Ovington
United States Magistrate Judge